# Exhibit B

MOTION SEQUENCE # ___1___

ORIGINAL RETURN DATE 11/21/23

RELIEF _____OTRO_____

FJM

At IAS Part 41 of the Supreme Court of the State of New York held in and for the County of Nassau at the Courthouse located at 100 Supreme Court Drive, Mineola, New York on the 17th day of Nov., 2023.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
----------------------------------------X
DIANE T. CLARKE,
ILANA KOPMAR, ISAAC ALTMAN,
DAVID ROSENFELD,

        Plaintiffs,

    – against –

THE ASSOCIATION OF LEGAL AID
ATTORNEYS, AMALGAMATED LOCAL
UNION 2325 OF THE INTERNATIONAL
UNION, UNITED AUTOMOBILE, AEROSPACE
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA (UAW), AFL-CIO,
LISA OHTA, BRET J. TAYLOR, JEREMY
BUNYANER, EMILY C. EATON, MARTYNA
KAZNOWSKI, GILLIAN R. KRESS,
IOANA CALIN, PUJA PAUL,

        Defendants.
----------------------------------------X

Order to Show Cause With
Temporary Restraining Order
and Prayer for Injunctive Relief

Index No.: 618764-23

Hon: Felice Muraca

HON. FELICE J. MURACA
AJSC

In Person Appearance Required on Return Date

Upon reading and filing the Verified Complaint Seeking Temporary Restraining Order and Injunctive Relief herein dated November 16, 2023 and the exhibit thereto, and suffive cause appearing therefor,

LET the Defendants herein, and each of them, SHOW CAUSE before this Court on the 21st day of November, 2023, at 10:30 A.M. in person, at 100 Supreme Court Drive, Mineola, New York 11501, at Part 41, or as soon thereafter as counsel can be heard, why this Court should not grant the Petitioners and as against the Defendants all of the relief sought in the Verified Complaint herein; and it is further

ORDERED that, based upon the specific allegations set forth in the Verified Complaint herein by which the need for a Temporary Restraining Order was demonstrated to the satisfaction

-1-

of this Court, that, pending the hearing and determination of this action,; and the individual Defendants each having been provided pursuant to Uniform Rules of Court Part the Defendants herein, and each of them, be and hereby are

RESTRAINED AND ENJOINED, pending the hearing and determination of this action, from distributing for a vote to the membership of the Association of Legal Aid Attorneys, or otherwise causing to be distributed or disseminated to the said membership or putting to a vote by such members, a certain document entitled "Resolution Calling for a Ceasefire in Gaza, an End to the Israeli Occupation of Palestine"; and it is further

ORDERED, that service upon each of the individual Defendants herein shall be made by delivering to them a copy of this Order to Show Cause and the papers upon which it is based by e-mail sent to the professional e-mail addresses published by each of the individual Defendants on the website of the Defendant ASSOCIATION OF LEGAL AID ATTORNEYS, and that se4rvice of the ASSOCIATION OF LEGAL AID ATTORNEYS be made by e-mail sent to the e-mail address of the Defendant herein who is identified on their website as the President thereof, who is Defendant LISA OHTA; and it is further

ORDERED, that answering papers, if any be served via e-mail on Plaintiffs' attorney, David A. Smith, Esq., to Dave153@aol.com, by 11/20/23 in advance of the return date of this Order to Show Cause.

ENTER:

A Justice of the Supreme Court
HON. FELICE J. MURACA
A.J.S.C.

-2-

**ENTERED**
Nov 17 2023
NASSAU COUNTY
COUNTY CLERK'S OFFICE

2 of 2