UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DIANE T. CLARKE, ILANA KOMPAR, ISAAC
ALTMAN and DAVID ROSENFELD,

                                      Plaintiffs,

     -against-

THE ASSOCIATION OF LEGAL AID ATTORNEYS,     **NOTICE OF MOTION**
AMALGAMATED LOCAL UNION 2325 OF THE         **(ORAL ARGUMENT**
INTERNATIONAL UNION, UNITED AUTOMOBILE,    **REQUESTED)**
AEROSPACE AND AGRICULTURAL IMPLEMENT     Case No: 2:23-cv-08869
WORKERS OF AMERICA (UAW), AFL-CIO, LISA     (NJC) (ARL)
OHTA, BRET J. TAYLOR, JEREMY BUNYANER,
EMILY C. EATON, MARTYNA KAZNOWSKI,
GILLIAN R. KRESS, IOANA CALIN, and PUJA PAUL,

                                  Defendants.
------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the annexed declaration of Lisa Ohta sworn to on December 5, 2023, Memorandum of Law, and upon all the prior pleadings and proceedings had herein, the Defendants will move this Court located at 115 Cadman Plaza East, Brooklyn, New York 11202 on the 8th day of December, 2023, at 9 o'clock, or as soon thereafter as can be heard for an Order dissolving the temporary restraining order issued by the Supreme Court for the State of New York, Nassau County on November 17, 2023.

Dated: December 5, 2023
       New York, New York

LEVY RATNER, P.C.

By: Aleksandr L. Felstiner
Attorneys for Defendants
80 Eighth Avenue, 8th Floor
New York, New York 10011
(212) 627-8100
(212) 627-8182 (fax)
afelstiner@levyratner.com
