# Exhibit C

From: **Emily Eaton** <EEaton@legal-aid.org>
Date: Mon, Nov 13, 2023 at 5:01 PM
Subject: ALAA Joint Council Meeting -Tomorrow November 14, 2023 at 6:00PM
To: ALAA MEMBERS <ALAAMEMBERS@legal-aid.org>, ALAAChapterAnnouncements@googlegroups.com <ALAAChapterAnnouncements@googlegroups.com>, ALAA INVINT <ALAAINVINT@legal-aid.org>
Cc: ALAA@gaggle.email <alaa@gaggle.email>

Good afternoon ALAA,

Our next Joint Council meeting will be held on Tuesday, November 14, 2023 at 6:00PM. If you are a delegate or officer, please arrive between 5:00PM and 5:45PM to receive a voting number.

Please find the minutes from our last meeting, held on September 12, 2023, attached to this email. Approval of these minutes will be on the agenda for our meeting Tuesday. I am also attaching the Proposed ALAA Resolution for Palestine. Lastly, I am attaching the minutes from the June 21, 2023 Amalgamated Council meeting.

The Agenda and Zoom link are below:

- Welcome
- Minutes
- Financial Report
- Sectoral Bargaining Update
- Election Committee
- CAMBA Palestine Statement
- Arbitration
- New Business


https://us02web.zoom.us/j/87944840549?pwd=Rm84V0NQMXFHN0pMaUs2Mkt0R0VuUT09


In solidarity,

Lisa, Bret, Emily, Alexi, Rita, Lee, Claire

This email has been scanned for spam and viruses. Click here to report this email as spam.