DISTRICT COURT OF THE UNITED STATES
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
DIANE T. CLARKE, ILANA KOPMAR, ISAC
ALTMAN and DAVID ROSENFELD,
                Plaintiffs,

                -against-

THE ASSOCIATION OF LEGAL AID ATTORNEYS,
AMALGAMATED LOCAL UNION 2325 OF THE
INTERNATIONAL UNION, UNITED AUTOMOBILE,
AEROSPACE AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA (UAW), AFL-CIO, LISA
OHTA, BRET J. TAYLOR, JEREMY BUNYANER,
EMILY C. EATON, MARTYNA KAZNOWSKI,
GILLIAN R. KRESS, IOANA CALLIN, and PUJA PAUL,
                Defendants.
-----------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Case No. 2:23-cv-08869
      (NJC)(ARL)

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE**, that my firm, **MITEV LAW FIRM, PC.**, has been retained by Plaintiffs **DIANE T. CLARKE, ILANA KOPMAR, ISAC ALTMAN, and DAVID ROSENFELD,** and I appear for the aforesaid Plaintiffs in the above-entitled action, and demand that all notices and papers be served upon me at the below address.

Dated: December 9, 2023
       Stony Brook, New York 11790

Yours, etc.,

_____
Mitev Law Firm, PC
By: Vesselin Mitev, Esq.
*Attorneys for Plaintiffs*
1214 North Country Road
Stony Brook, New York 11790
P: 1 (888) 720-VESS (8377)
F: (631) 504-0315
vess@mitevlaw.com

TO:    Clerk of the Court
         Opposing Counsel

DISTRICT COURT OF THE UNITED STATES
EASTERN DISTRICT OF NEW YORK

---

Case No. 2:23-cv-08869           Year: 2023           Hon. NJC-ARL

---

**DIANE T. CLARKE, ILANA KOPMAR, ISAC ALTMAN and DAVID ROSENFELD**

Plaintiffs,

-against-

**THE ASSOCIATION OF LEGAL AID ATTORNEYS, AMALGAMATED LOCAL UNION 2325 OF THE INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW), AFL-CIO, LISA OHTA, BRET J. TAYLOR, JEREMY BUNYANER, EMILY C. EATON, MARTYNA KAZNOWSKI, GILLIAN R. KRESS, IOANA CALLIN, and PUJA PAUL,**

Defendants.

---

NOTICE OF APPEARANCE

**MITEV LAW FIRM, PC**
*Attorneys for Plaintiffs*
1214 North Country Road
Stony Brook, New York 11790
**Mailing Address:**
P.O. Box 208
Port Jefferson, New York 11777
1 (888) 720-VESS (8377)
vess@mitevlaw.com
www.mitevlaw.com

---

| To: | Signature (Rule 130-1.1-a) |
|---|---|
| Attorney(s) for Defendant<br>Clerk of the Court | ....................................<br>Vesselin Mitev, Esq. |
| Service of a copy of the within<br>Dated, | is hereby admitted.<br>....................................<br>Attorney(s) for |

Dated: December 9, 2023
To

Attorney (s) for

Yours, etc.,
**MITEV LAW FIRM, PC**
*Attorneys for Plaintiffs*
1214 North Country Road
Stony Brook, New York 11790
P: 1 (888) 720-VESS (8377)
F: (631) 504-0315
vess@mitevlaw.com