# Levy Ratner

Attorneys at Law
80 Eighth Avenue, 8th Floor
New York, NY 10011-7175

o 212.627.8100
f 212.627.8182

levyratner.com

*Attorneys*

Daniel J. Ratner
Pamela Jeffrey
Carl J. Levine*
David Slutsky*
Allyson L. Belovin

Robert H. Stroup
Dana E. Lossia▪
Micah Wissinger
Ryan J. Barbur
Laureve D. Blackstone*

Kimberly A. Lehmann*
Aleksandr L. Felstiner♦
Jessica I. Apter*
Geoffrey A. Leonard♦

*Of Counsel*

Patricia McConnell
Linda E. Rodd

*Special Counsel*

Richard A. Levy
Daniel Engelstein
Richard Dorn

December 11, 2023

**BY ECF**

Hon. Nusrat J. Choudhury
100 Federal Plaza
Central Islip, NY 11722

  Re: **Clarke et al. v. ALAA (2:23-cv-08869)**
     **Proposed Briefing Schedules**

Dear Judge Choudhury:

  On December 8, 2023 you instructed the parties to meet and confer regarding briefing schedules for Plaintiffs' anticipated motion to remand and Defendants' anticipated motion to dismiss. The parties have done so and jointly propose the following schedule:

- <u>December 27, 2023</u>: Defendants file Motion To Dismiss; Plaintiffs file Motion to Remand, if any;

- <u>January 24, 2024</u>: Plaintiffs oppose Motion To Dismiss; if Plaintiffs filed a Motion to Remand, Defendants file opposition;

- <u>January 31, 2024</u>: Defendants reply to Motion to Dismiss; if Plaintiffs filed a Motion to Remand, Plaintiffs file reply.

  We believe this proposed briefing schedule provides the parties with sufficient time to submit papers on the respective motions, while allowing the case to move forward in an expeditious manner. Of course, we are amenable to any modifications the Court feels are appropriate.

                  Respectfully submitted,

                  Allyson L Belovin

*Advancing the rights of everyone who works*

  * Admitted in NY and NJ.  ▪ Admitted in NY, NJ and CA.  * Admitted in NY and CA.  ♦ Admitted in NY and MI.