UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIANE T. CLARKE, ILANA KOPMAR, ISAAC ALTMAN and DAVID ROSENFELD,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>THE ASSOCIATION OF LEGAL AID ATTORNEYS, AMALGAMATED LOCAL UNION 2325 OF THE INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW), AFL-CIO, LISA OHTA, BRET J. TAYLOR, JEREMY BUNYANER, EMILY C. EATON, MARTYNA KAZNOWSKI, GILLIAN R. PRESS, IOANA CALIN and PUJA PAUL,<br><br>　　　　　　　　　Defendants. | Case No. 2:23-cv-08869 (NJC) (ARL) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey D. Hoschander of Shearman & Sterling LLP, who is a member in good standing with the bar of this court, hereby enters his appearance as counsel for Plaintiffs Diane T. Clarke, Ilana Kopmar, Isaac Altman, and David Rosenfeld, in the above-captioned action.

Date:  New York, New York
　　　　December 11, 2023

　　　　　　　　　　　　　　　　　　By:  */s/ Jeffrey D. Hoschander*
　　　　　　　　　　　　　　　　　　　　Jeffrey D. Hoschander
　　　　　　　　　　　　　　　　　　　　SHEARMAN & STERLING LLP
　　　　　　　　　　　　　　　　　　　　599 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10022-6069
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 848-4000
　　　　　　　　　　　　　　　　　　　　Jeff.Hoschander@shearman.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*