**SHEARMAN & STERLING LLP**

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000

jeff.hoschander@shearman.com
212.848.4000

**Via ECF**

December 13, 2023

Hon. Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  <u>Clarke et al. v. ALAA et al.</u>, Case No. 2:23-cv-08869 (NJC) (ARL)

Dear Judge Choudhury:

      We write on behalf of Plaintiffs in the above-referenced case.  We appreciate the Court's granting of Plaintiffs' request for an extension of time to respond to Defendants' Motion to Dissolve the TRO and rescheduling the hearing to December 15, 2023 at 10:00 a.m.  In light of the Court's explanation in the same December 12, 2023 Order (ECF No. 20) that the TRO currently in place will expire on December 15, 2023 unless the Court orders otherwise, we write for the sake of clarity to note that Plaintiffs will respectfully request at the December 15 hearing and through their filing today that the status quo be maintained in the form of a preliminary injunction.

                                                                                                                         Respectfully submitted,

                                                                                                */s/  Jeffrey D. Hoschander*
                                                                                                 Jeffrey D. Hoschander

Cc: All Counsel (via ECF)

**SHEARMAN.COM**

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.