# SHEARMAN & STERLING LLP

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000

sara.raisner@shearman.com
212.848.4000

**Via ECF**

December 13, 2023

Hon. Arlene R. Lindsay
United States Magistrate Judge
United States District Court for the
Eastern District of New York
814 Federal Plaza
Central Islip, NY 11722

*Clarke et al. v. ALAA et al.* **(2:23-cv-08869) (NJC) (ARL)**
***Request for Temporary Admission Pro Hac Vice Pending Full Admission***

Dear Judge Lindsay:

    I was engaged as lead pro bono counsel to represent the Plaintiffs in the above-referenced action on December 11, 2023. Following Your Honor's denial yesterday of my motion for admission pro hac vice (ECF No. 15) and direction to apply for admission pursuant to Local Rule 1.3(a) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I promptly filed a petition for admission, which is currently pending.

    Judge Choudhury has scheduled a hearing in this action for Friday, December 15, 2023 at 10:00 am. The District Court will not be holding any admissions hearings in advance of the scheduled hearing before Judge Choudhury. I therefore respectfully request that I be permitted to appear in this matter pro hac vice while my petition for admission pursuant to Rule 1.3(a) is pending so that I may appear on behalf of Plaintiffs at the December 15 hearing.

Respectfully Submitted,

_____
Sara N. Raisner (*admission pending*)

cc: All Counsel (via ECF)

**SHEARMAN.COM**

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.