UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
DIANE T. CLARKE, ILANA KOPMAR, ISAAC
ALTMAN and DAVID ROSENFELD,

     Plaintiffs,

          -against-                Case No.: 2:23-cv-08869

THE ASSOCIATION OF LEGAL AID
ATTORNEYS, AMALGAMATED LOCAL UNION
2325 OF THE INTERNATIONAL UNION, UNITED    **DECLARATION OF DIANE T.**
AUTOMOBILE, AEROSPACE AND                  **CLARKE IN OPPOSITION TO**
AGRICULTURAL IMPLEMENT WORKERS OF     **DEFENDANTS' MOTION TO**
AMERICA (UAW), AFL-CIO, LISA OHTA, BRET J.  **DISSOLVE THE TEMPORARY**
TAYLOR, JEREMY BUNYANER, EMILY C.       **RESTRAINING ORDER**
EATON, MARTYNA KAZNOWSKI, GILLIAN R.
KRESS, IOANA CALIN, and PUJA PAUL,

     Defendants.
-------------------------------------------------------------------X

I, DIANE T. CLARKE, declare as follows:

     1.      I am one of the Plaintiffs in the above-referenced action.

     2.      I am an attorney licensed to practice law in the State of New York.

     3.      I am employed by the Legal Aid Society of Nassau County, operating as a Public

Defender in and for the County of Nassau within the State of New York.

     4.      I am a dues-paying member of the Association of Legal Aid Attorneys

Amalgamated Local Union 2325 of the International Union, United Automobile, Aerospace and

Agricultural Implement Workers of America (UAW), AFL-CIO ("ALAA").

     5.      Attached hereto as <u>Exhibit A</u> is a true and accurate copy of a purported digest of

select statements and positions on matters of public concern by the ALAA.  Exhibit A was

circulated from the account in the name of the former president of ALAA on the union's

messaging platform.

     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

1

Executed on this 12th day of December 2023

_____
Diane T. Clarke