UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
DIANE T. CLARKE, ILANA KOPMAR, ISAAC ALTMAN and DAVID ROSENFELD,

    Plaintiffs,

    -against-

THE ASSOCIATION OF LEGAL AID ATTORNEYS, AMALGAMATED LOCAL UNION 2325 OF THE INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW), AFL-CIO, LISA OHTA, BRET J. TAYLOR, JEREMY BUNYANER, EMILY C. EATON, MARTYNA KAZNOWSKI, GILLIAN R. KRESS, IOANA CALIN, and PUJA PAUL,

    Defendants.
-------------------------------------------------------------------X

Case No.: 2:23-cv-08869 (NJC)(ARL)

**DECLARATION OF DANIEL KAHN IN OPPOSITION TO DEFENDANTS' MOTION TO DISSOLVE THE TEMPORARY RESTRAINING ORDER**

I, Daniel Kahn, declare as follows:

    1.    I am an attorney with the law firm of Shearman & Sterling LLP, counsel to Plaintiffs Diane T. Clarke, Ilana Kopmar, Isaac Altman, and David Rosenfeld, and I am admitted to practice law in this Court.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of the Reply Affirmation in Support of Continued Restraining Order and Request for Injunctive Relief, dated November 20, 2023 ("Reply Affirmation"), filed in the action styled *Clarke, et al. v. The Association of Legal Aid Attorneys, et al.*, Index No. 618764/2023 (Sup. Ct., Nassau Cnty.) (NYSCEF No. 23), which is also available at:

https://iapps.courts.state.ny.us/nyscef/ViewDocument?docIndex=JaIFTNOxXSHGZqXAp7GIuA==

    3.    Attached hereto as Exhibit 2 is a true and correct copy of a press release dated November 17, 2023, filed as Exhibit A to the Reply Affirmation, Index No. 618764/2023 (NYSCEF No. 24), which is also available at:

1

https://iapps.courts.state.ny.us/nyscef/ViewDocument?docIndex=WliMviV3pU2hUHPKkIijVg==

4. Attached hereto as Exhibit 3 is a true and correct copy of The Legal Aid Society of Nassau County Employee Handbook, filed as Exhibit B to the Reply Affirmation, Index No. 618764/2023 (NYSCEF No. 25), which is also available at:

https://iapps.courts.state.ny.us/nyscef/ViewDocument?docIndex=ocG1wwEvYrGFIyAdILzybg==

5. Attached hereto as Exhibit 4 is a true and correct copy of the Unanimous Statement Opposing the Resolution of the Association of Legal Aid Attorneys (ALAA), UAW Local 2325, filed as Exhibit C to the Reply Affirmation, Index No. 618764/2023 (NYSCEF No. 26), which is also available at:

https://iapps.courts.state.ny.us/nyscef/ViewDocument?docIndex=gIxHqpcLMRJhvmb6k_PLUS_19Ag==

6. Attached hereto as Exhibit 5 is a true and correct copy of an image circulating on social media channels in support of the Resolution.

7. Attached hereto as Exhibit 6 is a true and correct copy of a communication between union members regarding the Resolution and the related temporary restraining order.

Executed on this 13th day of December, 2023, in New York, New York.

/s/ Daniel Kahn
Daniel Kahn