# Exhibit 4

# Exhibit C

FILED: NASSAU COUNTY CLERK 11/20/2023 08:40 PM       INDEX NO. 618764/2023
NYSCEF DOC. NO. 26                                    RECEIVED NYSCEF: 11/20/2023

Case 2:23-cv-08869-NJC-ARL   Document 25-4   Filed 12/13/23   Page 3 of 4 PageID #: 487

# THE LEGAL AID SOCIETY OF NASSAU COUNTY

# 40 MAIN STREET

# HEMPSTEAD, NEW YORK 11550

## FOR IMMEDIATE RELEASE

## Unanimous Statement Opposing the Resolution of the Association of Legal Aid Attorneys (ALAA), UAW Local 2325

The Legal Aid Society of Nassau County is issuing the following statement on a proposed resolution from the Association of Legal Aid Attorneys (ALAA), Local 2325:

The Legal Aid Society of Nassau County (NCLAS), by its management and Board of Directors unanimously and emphatically rejects the resolution from the Association of Legal Aid Attorneys (ALAA), UAW Local 2325, the chief bargaining unit of Nassau County Legal Aid Attorneys, which includes antisemitic language and a thinly veiled call for the destruction of the State of Israel. This resolution does not represent the values or mission of our office, and is divisive and hurtful to so many members of our staff and clients. We will never support an antisemitic, anti-religious, anti-ethnic or racist statements made by any organization.

While the Legal Aid Society of Nassau County has a longstanding policy against taking positions on international and national political events, and while we are well aware and concerned about the ongoing humanitarian issues on both sides of this conflict, NCLAS will not stand idly by and allow this irresponsible and antisemitic resolution to stand as it does not reflect

FILED: NASSAU COUNTY CLERK 11/20/2023 08:40 PM
NYSCEF DOC. NO. 26
Case 2:23-cv-08869-NJC-ARL   Document 25-4   Filed 12/13/23   Page 4 of 4 PageID #: 488
INDEX NO. 618764/2023
RECEIVED NYSCEF: 11/20/2023

the mission of our office. Notably, the ALAA resolution inexplicably fails to mention the atrocities inflicted by Hamas against 1,400 men, women and children from Israel and other countries who were raped, killed, beheaded, burned and kidnapped on October 7, 2023. The resolution cannot be defended and must be rejected in its totality.

**N. Scott Banks** | Attorney In Chief
*Legal Aid Society of Nassau County*

40 Main St, 3rd Floor | Hempstead, NY 11550
Tel (516) 560-6412 | Fax (516) 572-1959