14.8

## AFFIDAVIT OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Index/Case #: 2:23-CV-8869<br>Court Date:<br>Filing Date:<br>Client: Levy Ratner PC<br>Attorney: |

*Plaintiff*

DIANE T. CLARKE, ETAL

*Defendant*

VS

THE ASSOCIATION OF LEGAL AID ATTORNEYS, ETAL

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

_____ANDRE MEISEL_____, being duly sworn, deposes and says: that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of New York ; deponent attempted to serve the within NOTICE OF REMOVAL OF STATE COURT ACTION, EXHIBIT A, EXHIBIT B, CIVIL COVER SHEET

Upon _____ISAAC ALTMAN_____

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts the deponent was unable to effect process upon the person being served because of the following reason(s):

Date/Time: 12/05/2023 13:25:00 Attempt at: 211 W 85TH STREET, NEW YORK, NY 10024-3930 Results: MOVED OUT AS PER BUILDING SUPER, MR. BONILLA, M,W,BLK,45,5'10",200.

Sworn to before me on December 7, 2023

Samuel Mlotok
Notary Public - State of New York
No. 01ML6317724
Qualified in Nassau County
My Commission Expires April 16, 2027

ANDRE MEISEL

Lic# 1372356
JobID 2367989
Client ID

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*
UNITED PROCESS SERVICE