**SHEARMAN & STERLING LLP**

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000

jeff.hoschander@shearman.com
212.848.4000

**Via ECF**

December 14, 2023

Hon. Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  <u>*Clarke et al. v. ALAA et al.* (2:23-cv-08869) (NJC) (ARL)</u>

Dear Judge Choudhury:

      We write on behalf of Plaintiffs in the above-referenced case in connection with the hearing scheduled for tomorrow, December 15, 2023, regarding Defendants' motion to dissolve the TRO and Plaintiffs' request that the status quo be maintained through a preliminary injunction.

      This morning—subsequent to the filing of Plaintiffs' motion papers—the New York Times published an article titled "How the Israel-Hamas War Tore Apart Public Defenders in the Bronx."  We intend to refer to this article at the hearing tomorrow.  Therefore, we respectfully enclose a copy as Exhibit A to this letter for the convenience of the Court and the parties.

      Respectfully submitted,

      <u>*/s/  Jeffrey D. Hoschander*</u>
          Jeffrey D. Hoschander

Cc: All Counsel (via ECF)

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.