# SHEARMAN & STERLING LLP

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000

sara.raisner@shearman.com
212.848.4000

**Via ECF**

December 14, 2023

Hon. Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

*Clarke et al. v. ALAA et al.* **(2:23-cv-08869) (NJC) (ARL)**
*Request in Advance of December 15 Hearing*

Dear Judge Choudhury:

I was engaged as lead pro bono counsel to represent Plaintiffs in the above-referenced action on December 11, 2023. Promptly upon my engagement, in light of the hearing then scheduled before Your Honor for December 13, 2023 at 4:00 pm, I moved on December 11, 2023 pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for admission pro hac vice to represent the Plaintiffs in this case as there would be insufficient time in advance of the hearing scheduled in this case to petition for and be admitted to the District Court for the Eastern District of New York pursuant to Local Rule 1.3(a).

Pursuant to Your Honor's Individual Rule 3.1, the motion for pro hac vice admission was referred to Magistrate Judge Arlene R. Lindsay. Magistrate Judge Lindsay initially denied my pro hac vice motion, directing me, as an attorney admitted to the New York State bar, to instead apply for full admission pursuant to Local Rule 1.3(a), which I did promptly. My admission petition is now pending, but my admission hearing will not take place until Wednesday, December 20 at 1:30 pm. I submitted a letter to Magistrate Judge Lindsay requesting to be admitted pro hac vice temporarily, consistent with Local Rule 1.3(c), in order to appear at the December 15, 2023 hearing, pending my full admission. My request was denied at 3:51 PM this afternoon on grounds that another attorney already admitted to this Court is required to move for

**SHEARMAN.COM**

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.

my admission pro hac vice. However, Local Rule 1.3(c)—as printed from the Eastern District of New York's website at
https://img.nyed.uscourts.gov/files/forms/Local%20Civil%20Rule1%203.pdf (attached hereto)
—states that "a member in good standing of the bar of any state . . . may be permitted to argue or try a particular case in whole or in part as counsel or advocate, upon motion **(which may be made by the applicant)** . . . " (emphasis added).[1]

  I am the lead attorney for Plaintiffs with the closest knowledge of the facts pertaining to the hearing to be held on December 15 (tomorrow). I respectfully request that Your Honor permit me to appear in this matter pro hac vice temporarily while my petition for admission pursuant to Rule 1.3(a) is pending, so that I may appear on behalf of Plaintiffs at the hearing tomorrow. I have already paid the pro hac vice admission fee in connection with the motion filed on December 11, 2023, and I submit with this letter my original pro hac vice motion, accompanying affidavit and certificate of good standing that were filed on December 11, 2023, as well as a proposed order.

Respectfully Submitted,

Sara N. Raisner (admission pending)

Cc: All Counsel (via ECF)

---

[1] The 2011 Committee Note discusses amendment of the rule "to clarify that a motion for admission pro hac vice may be made by the applicant, and does not need to be made by a member of the Court's bar."