**SHEARMAN & STERLING LLP**

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000

sara.raisner@shearman.com
212.848.4000

**Via ECF**

December 19, 2023

Hon. Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

*Clarke et al. v. ALAA et al.* **(2:23-cv-08869) (NJC) (ARL)**
<u>Letter re: Plaintiffs' Request for a Preliminary Injunction</u>

Dear Judge Choudhury:

    In response to this Court's Minute Entry and Scheduling Order, entered on December 18, 2023, in the above-referenced case, we write on behalf of Plaintiffs to respectfully notify the Court and Defendants that Plaintiffs will not pursue a motion for preliminary injunction.

    Respectfully Submitted,

    <u>/s/  Sara N. Raisner</u>
    Sara N. Raisner

Cc: All Counsel (via ECF)

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.