# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIANE T. CLARKE, ILANA KOPMAR, ISAAC ALTMAN and DAVID ROSENFELD,<br><br>Plaintiffs,<br><br>v.<br><br>THE ASSOCIATION OF LEGAL AID ATTORNEYS, AMALGAMATED LOCAL UNION 2325 OF THE INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW), AFL-CIO, LISA OHTA, BRET J. TAYLOR, JEREMY BUNYANER, EMILY C. EATON, MARTYNA KAZNOWSKI, GILLIAN R. PRESS, IOANA CALIN and PUJA PAUL,<br><br>Defendants. | Case No. 2:23-cv-08869 (NJC) (ARL) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through their undersigned counsel, hereby give notice of their voluntary dismissal of this action without prejudice. Defendants have not answered the complaint or moved for summary judgment.

Date: New York, New York
December 22, 2023

By: */s/ Sara N. Raisner*
Sara N. Raisner
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Sara.raisner@shearman.com

*Counsel for Plaintiffs*